IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| MARK A. DIXON and LAURIE L. DIXON, husband and wife,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>MIKEN COMPOSITE, LLC, a Wisconsin limited liability company; GRIFFITH COMMERCIAL HOLDINGS, LLC; IDAHO STATE AMATEUR SOFTBALL ASSOCIATION, INC., an Idaho non-profit corporation; AMATEUR SOFTBALL ASSOCIATION OF AMERICA, an Oklahoma non-profit corporation,<br><br>　　　　Defendants. | Case No. CIV-05-170-N-EJL<br><br>ORDER |

　　This matter having come before the Court and on the parties' written Stipulation to Amend, in part, the Court's July 28, 2005 Scheduling Order to change the deadline for mediation from December 31, 2005, to March 14, 2006, the Court having considered the record and good cause appearing therefore:

　　IT IS HEREBY ORDERED, and this does Order, that the July 28, 2005 Scheduling Order be amended, in part, to extend the mandatory mediation deadline from December 31, 2005 to March 14, 2006.

DATED: **February 8, 2006**.

_/s/ Larry M. Boyle_
Honorable Larry M. Boyle
Chief U. S. Magistrate Judge

ORDER - 1